```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Christine.Chen@usdoj.gov

Attorneys for United States of America
```

FILED

Aug 06 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYLE ALLEN PIUNTI, <br><br> Defendant. | CASE NO. 3:24-mj-71191 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about August 5, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

  ☐ Indictment

  ☒ Information

  ☒ Criminal Complaint

  ☐ Other (describe) _____

pending in the <u>Superior Court of the District of Columbia</u>.  The arrest warrant number is 2024 CRWSLD 002154, and the defendant will be assigned a case number when he is arraigned in the Superior Court of the District of Columbia.

In that case, the defendant is charged with a violation of 22 D.C. Code, Section 2103 (Second Degree Murder).  A copy of the criminal complaint is attached and fully incorporated by reference.

**Description of Charges:**

On or about January 3, 2024, in the District of Columbia, Kyle Allen Piunti, with the intent to kill another and to inflict serious bodily injury on another and with a conscious disregard of an extreme risk of death or serious bodily injury to another, caused the death of Michael Scott Hamlin by striking him with an automobile in violation of 22 D.C. Code, Section 2103 (Second Degree Murder), a crime that is a felony under the law of the District of Columbia.

The maximum penalties for 22 D.C. Code, Section 2103 are as follows:

| | |
|---|---|
| Maximum Prison Term: | Life |
| Maximum Fine: | $250,000 |
| Maximum Supervised Release Term: | 5 years |

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: August 6, 2024

*/s/ Christine Chen*
CHRISTINE CHEN
Special Assistant United States Attorney

v. 7/10/2018